FRANK BURO, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28954.) (And Fourteen Other Appeals, Claims Nos. 28955–28962; 28988–28993.)

Submitted April 5, 1954; decided April 15, 1954.

Motion for reargument denied. [See 306 N. Y. 730.]

Motion for reargument of motion to amend remittitur denied. [See 306 N. Y. 851.]

MARION E. LACHS, Respondent, *v.* FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellant.

Submitted April 5, 1954; decided April 15, 1954.

Motion·for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 357.]